In the Matter of the Application of MAX ROLNICK, Appellant, for a Peremptory Order of Mandamus against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York, Respondent.— Order denying motion for peremptory mandamus order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of CELIA ROSOFF, Respondent, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order sustaining certiorari order and annulling the determination of the board of standards and appeals reversed upon the law and the facts, with fifty dollars costs and disbursements, certiorari proceeding dismissed, and the determination of the board of standards and appeals reinstated and confirmed. The burden of proving unnecessary hardship and practical difficulties was not met by respondent and no abuse of discretion on the part of the board of standards and appeals was shown. Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs in result; Young, J., dissents.

In the Matter of the Application of DOMENICO TRICARICO, Appellant, for a Mandamus Order against ALONZO P. COOPER, as Commissioner of Public Safety of the City of White Plains, N. Y., and HARRY K. BRIGGS and Others, Intervening Owners, Respondents.— Order denying motion for peremptory mandamus order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

PETER J. JENSEN and AUGUST ERIKSEN, Respondents, v. G. S. K. REALTY CORPORATION, Appellant.— Judgment of the County Court of Nassau county reversed upon the law and the facts, with costs, and judgment directed for the defendant for $396 upon its counterclaim, with costs. In our opinion, the decision and judgment in plaintiffs' favor is contrary to the evidence. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings will be made in conformity herewith. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur. Settle order on notice. ·

MAY LEVINE, Respondent, v. BENJAMIN LEVINE, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

LIFSHITZ BROS., INC., Appellant, v. AMERICAN STOVE COMPANY, Respondent.— Order setting aside verdict reversed upon the law and the facts, with costs, verdict in favor of the plaintiff reinstated, and judgment directed to be entered thereon, with costs. There is ample evidence to sustain the verdict of the jury. The case involved a simple issue of fact, which was clearly presented, and the jury resolved it in plaintiff's favor. The verdict, being amply supported by the evidence, should not have been disturbed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.